## 30326. SAMPLES v. THE STATE.

MACINTYRE, J. 1. The general grounds are not argued or referred to in the brief for the defendant, and are treated as abandoned.

2. Special ground 1 is controlled adversely to the defendant by *McNabb* v. *State,* 69 *Ga. App.* 885 (27 S. E. 2d, 246).

3. Special ground 2 is controlled adversely to the defendant by *Sarah* v. *State,* 28 *Ga.* 576 (2). See also the Code, § 102-106.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED APRIL 27, 1944.

*Frank A. Bowers, James R. Venable,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. E. Andrews, Durwood T. Pye,* contra.